Actino Laboratories, Inc., appellee, v. Shippers Dispatch, Inc., appellant. Gen. No. 40,028.

Heard in the third division of this court for the first district at the April term, 1938.  Opinion filed November 30, 1938.

Thomas A. McManigal, for appellant; Ernest L. Duck, of counsel. E. Sydney Feinstein, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Rosa Schlogl, appellee, v. Saphronia R. Newton et al., defendants. Appeal of Charles Miller, appellant. Gen. No. 40,148.

Heard in the third division of this court for the first district at the June term, 1938.  Opinion filed November 30, 1938. Rehearing denied December 16, 1938.

Maurice L. Blonsley, for appellant. Butz, von Ammon & Marx, for appellee; Frederic E. von Ammon and Earl D. Reese, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Jules G. Eichenbaum et al., plaintiffs, v. State and Quincy Building Corporation et al., defendants. Continental Illinois National Bank and Trust Company of Chicago et al., appellees, v. Jules G. Eichenbaum et al., respondents. Appeal of Jules G. Eichenbaum, appellant. Gen. No. 40,193.

Heard in the third division of this court for the first district at the April term, 1938.  Opinion filed November 30, 1938. Rehearing denied December 16, 1938.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Gardner, Carton & Douglas and Campbell, Clithero & Fischer, for appellees.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.